

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00606-CV

In the Interest of **M.D.C.** and M.F.C., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00280
Honorable Peter A. Sakai, Judge Presiding

Opinion by:　Irene Rios, Justice

Sitting:　　Irene Rios, Justice
　　　　　　Beth Watkins, Justice
　　　　　　Liza A. Rodriguez, Justice

Delivered and Filed: May 26, 2021

AFFIRMED; MOTION TO WITHDRAW DENIED

This is an appeal from a judgment terminating appellant's parental rights to two minor

children, M.D.C. and M.F.C. Appellant's court-appointed appellate counsel has filed a motion to

withdraw and a brief discussing the applicable law and evaluating the entire record in this case.

Counsel concludes no non-frivolous grounds can be advanced to support reversal of the trial

court's judgment. Counsel's brief satisfies the requirements of *Anders v. California*, 386 U.S. 738

(1967). *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (noting *Anders* procedures apply in parental

termination cases); *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San

Antonio May 21, 2003, no pet.) (same). Counsel provided appellant a copy of his brief and advised

appellant of his right to review the record and file a pro se brief. We set deadlines for appellant to

request the record and file a pro se brief and advised him of these deadlines. Appellant did not request the record or file a pro se brief.

After conducting an independent review of the entire record in this case, we conclude this appeal is frivolous. Therefore, we affirm the trial court's termination judgment. However, we deny counsel's motion to withdraw. *See In re P.M.*, 520 S.W.3d at 27 (noting that in parental termination cases court-appointed counsel's duty to his client generally extends "through the exhaustion of appeals" "including the filing of a petition for review" in the Texas Supreme Court). If appellant desires to pursue this matter in the Texas Supreme Court, counsel may fulfill his duty "by filing a petition for review that satisfies the standards for an *Anders* brief." *See id.* at 28 & n.14.

Irene Rios, Justice